Form ODIS13FPP 05/08

# UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

*Case No.:* 08−11674
*Chapter:* 13

*In Re: Debtor(s):*

| | |
|---|---|
| Chauncey Laron Robinson<br>368 Crestview Avenue<br>Baton Rouge, LA 70807 | Tamika Turner Robinson<br>368 Crestview Avenue<br>Baton Rouge, LA 70807 |

*Social Security No.:*

xxx−xx−2855                                                        xxx−xx−9451

*Employer's Tax I.D. No.:*

## ORDER DISMISSING CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

For reasons orally given at a hearing on this matter,

**IT IS ORDERED** that this case be **DISMISSED** for failure to make payments in accordance with the terms of the plan; the automatic stay is terminated; and the trustee is discharged from and relieved of his or her trust.

**IT IS FURTHER ORDERED** that, within ten (10) days after entry of this Order, the Trustee shall: i) distribute all funds on hand pursuant to the chapter 13 plan, if the court has confirmed that plan, or ii) remit to debtor(s) all funds remaining in the trustee's possession, if the court has not confirmed a plan, and iii) file an accounting of all receipts and distributions made after the chapter 13 case commenced.

**IT IS FURTHER ORDERED** that the trustee is awarded a $50.00 administrative fee payable from funds in her possession if the court has not confirmed a plan.

Baton Rouge, Louisiana, 1/5/10.


                                         s/Douglas D. Dodd
                                       DOUGLAS D. DODD
                             UNITED STATES BANKRUPTCY JUDGE